**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| LEXMARK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL IMAGING INDUSTRIES, LLC, <br><br> Defendant. | Case No. 8:18-cv-01047-EAK-AEP |

**NOTICE OF APPEARANCE**

TO: The Clerk of Court and all parties.

I, WOODROW H. POLLACK, am admitted or otherwise authorized to practice in this Court and I appear in the case as co-counsel for Defendant, Universal Imaging Industries, LLC.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No.: 26802
Shutts & Bowen, LLP
4301 W Boy Scout Blvd
Suite 300
Tampa, FL 33607
(813) 463-4894
(813) 227-8234 (facsimile)
wpollack@shutts.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 28, 2019 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Woodrow H Pollack*
                                          Woodrow H. Pollack